# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES MACIAS,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | Case No.  1:15-cv-00107-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

     Plaintiff Delores Macias filed a complaint on January 21, 2015, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

     Accordingly, IT IS HEREBY ORDERED that:

     1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

     2.    The Clerk of Court is DIRECTED to issue a summons;

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff; and

4. Plaintiff shall notify the Court if the complaint names her incorrectly, as it is inconsistent with her in forma pauperis application, and request the appropriate docket modification.

IT IS SO ORDERED.

Dated: **January 23, 2015**                **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE