1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9

DELORES MACIAS,

Case No.  1:15-cv-00107-SKO

10

Plaintiff,

**ORDER GRANTING PARTIES' STIPULATION REQUEST FOR ADDITIONAL TIME**

11

v.

12

(Doc. 16)

CAROLYN W. COLVIN,

13

Acting Commissioner of Social Security,

14

Defendant.

15

_____/

16      On September 25, 2015, the parties filed a stipulated request that the deadline for Plaintiff

17   to file her opening brief be extended 30 days.  (Doc. 16.)  Plaintiff indicates her counsel requires

18   additional time to complete the brief, and this is her first request for an extension of time.

19      Accordingly, IT IS HEREBY ORDERED that:

20      1.      Plaintiff shall file her opening brief on or before October 30, 2015;

21      2.      Defendant shall file her responsive brief on or before December 3, 2015; and

22      3.      Plaintiff may file an optional reply brief on or before December 21, 2015.

23
24   IT IS SO ORDERED.

25
   Dated:   **September 28, 2015**                    **/s/ Sheila K. Oberto**

26                                   UNITED STATES MAGISTRATE JUDGE

27
28