BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STATCHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8922
    Facsimile: (415) 744-0134
    E-Mail: Esther.H.Kim@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES MACIAS, | Case No. 1:15-cv-00107-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's Motion for Summary Judgment. Defendant's Counsel requests this extension due to her unusually large workload with several merit briefs due this month along with ongoing litigation in other areas. Upon issuance of this order, Defendant will have until January 4, 2015 to file her cross-motion for summary judgment. This is the Commissioner's first extension request.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated:  December 3, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | By: | /s/ *Esther Kim*<br>Esther Kim<br>Special Assistant U.S. Attorney<br>    Attorneys for Defendant |

Dated:  December 3, 2015

　　　　　　　　　　　　　　　　 /s/*Jacqueline A. Forslund*
　　　　　　　　　　　　　　　　Jacqueline A. Forslund
　　　　　　　　　　　　　　　　(as authorized via email)
　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before January 4, 2016; and

2. Plaintiff may file an optional reply brief on or before January 19, 2016.

IT IS SO ORDERED.

Dated:   **December 7, 2015**　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2